**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Ricardo Pruneda v. Karina Granados

Appellate case number:    01-20-00043-CV

Trial court case number:  2019-83155

Trial court:               280th District Court of Harris County

On July 21, 2020, the Court dismissed this appeal for lack of prosecution due to the failure to timely file a clerk's record. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c). In his motion to reinstate this appeal, appellant states that he paid the fee for preparing the clerk's record on April 14, 2020 and that he is not at fault for the failure to file the record. Appellant also attached documentation demonstrating proof of payment. After due consideration, we grant appellant's motion to reinstate the appeal, withdraw our July 21, 2020 opinion and judgment, and reinstate the cause on the Court's active docket. *See generally Univ. of Tex. Health Sci. Ctr. v. Gutierrez*, 237 S.W.3d 869, 870 (Tex. App.—Houston [1st Dist.] 2007, pet. denied) (withdrawing opinion and judgment *sua sponte* within Court's plenary power).

We direct the trial court clerk to file the clerk's record in this appeal with the Clerk of this Court on or before August 12, 2020.

Appellee's brief, if any, is due to be filed within 30 days after the clerk's record is filed.

It is so ORDERED.

Judge's signature: _____/s/ Russel Lloyd_____
                        Acting for the Court
                        Panel consists of Chief Justice Radack, and Justices Lloyd, and Countiss.

Date:   ___August 6, 2020_____